ACCEPTED
03-15-00128-CV
5171627
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 11:21:26 AM
JEFFREY D. KYLE
CLERK

## CAUSE NUMBER 03-15-00128-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 11:21:26 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS

## FOR THE THIRD COURT OF APPEALS DISTRICT
## AUSTIN, TEXAS

**TEDDE R. BLUNCK,**

*Appellant,*

## V.

**CATHY A. BLUNCK,**

*Appellee.*

## ON APPEAL FROM THE 22ND DISTRICT COURT, HAYS COUNTY, TEXAS

## TRIAL COURT CAUSE NO. 11-1217

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**TEDDE R. BLUNCK, PRO SE**

**502 QUITMAN STREET**

**P O BOX 1152**

**PITTSBURG, TEXAS 75686**

**TELEPHONE:  (903) 855-8460**

**TELECOPIER:  (903) 855-8465**

**E-MAIL:  TBLUNCK@YAHOO.COM**

## Identity of Parties and Counsel

**Appellant/Petitioner:**

**Petitioner/Appellant's Appellate Counsel:**

Tedde R. Blunck, Pro Se
502 Quitman Street
P O Box 1152
Pittsburg, Texas 75686
Telephone: (903) 855-8460
Telecopier: (903) 855-8465
E-mail: tblunck@yahoo.com

**Appellee/Respondent:**

**Respondent/Appellee's Appellate Counsel:**

Mr. Karl E. Hays
State Bar No. 09307050
Law Office of Karl E. Hays, PLLC
2101 South Highway 35, Suite 210
Austin, Texas 78741
Telephone: (512) 476-1911
Telecopier: (512) 476-1904
E-mail: Service@haysfamilylaw.com

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant Tedde R. Blunck, files this First Motion to Extend Time to File Appellant's Brief. It is presumed that the extension is opposed as counsel for Appellee has not responded to Appellant's request.

Appellant's opening brief is currently due on May 8, 2015.

Appellant requests a 31-day extension of time to file its brief, making the brief due on June 8, 2015. This is the first request for extension of time to file the opening brief.

Appellant relies on the following reasons, in addition to the routine matters that Appellant as a practicing attorney must attend to in daily practice, to explain the need for the requested extension:

> Appellant has been spending a great deal of time with urgent matters caused by the untimely death of a client's father.

> Appellant, as a solo practicing attorney, has primary responsibility in the following lawsuits which involve complex issues and significant time in research: Complicated partition proceedings involving the sale of rural real estate complicated by language in a Will being probated and Guardianship proceedings for benefit of a minor named in the Will as the beneficiary of the Will with respect to the land being partitioned and sold.

> Appellant recently lost his ability to perform legal research on line during the period from when the Court Reporter's Record was filed and when the Brief is due. There was a substantial period of time when Appellant was unable to perform legal research on line and there are no law libraries within a reasonable distance to allow the research necessary to prepare the brief. The service has now been restored.

Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has attempted to confer with opposing counsel, and he has not responded. It is therefore presumed that he does oppose this motion.

All facts recited in this motion are within the personal knowledge of the Appellant signing this motion, therefore, no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including June 8, 2015. Appellant requests all other relief to which it may be entitled.

Respectfully submitted,

_____
Tedde R. Blunck
502 Quitman Street
P O Box 1152
Pittsburg, Texas 75686
Telephone: (903) 855-8460
Telecopier: (903) 855-8465
E-mail: tblunck@yahoo.com
Pro Se

**CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. P. 10.1(5), I certify that I conferred with counsel for

Appellee regarding this motion and that Appellee is opposed to this motion.

_____
Tedde R. Blunck

**CERTIFICATE OF SERVICE**

Pursuant to Tex. R. App. P. 9.5, I certify that on May 6, 2015 I served a copy of

this motion by e-service to the following counsel:

Mr. Karl E. Hays
State Bar No. 09307050
Law Office of Karl E. Hays, PLLC
2101 South Highway 35, Suite 210
Austin, Texas 78741
Telephone:  (512) 476-1911
Telecopier:  (512) 476-1904
E-mail:  service@haysfamilylaw.com
*Counsel for Appellee*

_____
Tedde R. Blunck